UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GORDON MOUNTYJOY & ASSOCIATES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD NELLO CAMPAGNI and MARY JANE CAMPAGNI, as Trustees of the Richard and Mary Campagni Family Trust,<br><br>Defendants. | Case No. 3:10-cv-00436-ECR-VPC<br><br>ORDER |

It has come to the Court's attention that this matter has been inactive for some time. On October 18, 2010, the Court granted a stipulation that the parties would engage in private, binding arbitration and that the case would be stayed until May 9, 2011, for the parties to engage in the arbitration process. The Court retained jurisdiction for the sole purpose of confirming the arbitration award. (Docket # 11).

The parties shall have 14 days within which to file a joint status report with respect to this case.

Dated this 21st day of July 2011.

*Edward C. Reed*
EDWARD C. REED, JR.
United States District Judge